UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Villar

    v.                        Civil No. 12-cv-424-JD

United States of America, et al.

### O R D E R

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

May 15, 2013

cc: Richard Villar #49178-018, pro se