UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Villar</u>

    v.                         Civil No. 12-cv-424-JD

<u>United States of America, et al.</u>

<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

May 15, 2013

cc:  Richard Villar #49178-018, pro se