UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Richard Villar,
    Plaintiff

    v.                                      Case No. 12-cv-424-JD

Kimberly Dow, and
Stephen R. Monier,
    Defendants

### O R D E R

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

**SO ORDERED.**

                                          _____
                                          Steven J. McAuliffe
                                          United States District Judge

May 20, 2013

cc:  Richard Villar, pro se