**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**Richard Villar**</u>

   v.         **Case No. 12-cv-424-PB**

<u>**United States of America**</u>

<u>**O R D E R**</u>

  I recuse myself from presiding over this case and direct that it be assigned to another judge.

  SO ORDERED.

         /s/Paul Barbadoro
         Paul Barbadoro
         United States District Judge

May 20, 2013

cc:  Richard Villar, pro se