UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Richard Villar

     v.                           Civil No. 12-cv-00424-JL

United States of America, et al.


### **ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.  This case shall be assigned to another judge.


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 23, 2013

cc:  Richard Villar, pro se