UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Villar</u>

    v.                                           Civil No. 12-cv-424

<u>Kimberly Dow, et al.</u>

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 23, 2013

cc: Richard Villar, pro se