UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Villar

    v.                                                   Civil No. 12-cv-424

Kimberly Dow, et al.

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 23, 2013

cc: Richard Villar, pro se