UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Villar

       v.                       Civil No. 12-cv-424

Dr. Julia Buttermore, et al

## CONCURRING ORDER

I concur that **William E. Smith**, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge **Patricia A. Sullivan** is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: May 24, 2013

/s/Mary M. Lisi
Chief United States District Judge
District of Rhode Island

cc: Richard Villar, pro se
    Clerk, USDC - District of New Hampshire