UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Villar

                    v.
                                        Civil No. 1:12-cv-424-WES

Dr. Julia Buttermore et al


O R D E R

    After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Patricia

A. Sullivan dated June 27, 2013.

        SO ORDERED.

                                /s/ William E. Smith
                                William E. Smith
                                United States Judge
                                Sitting by Designation


Date: July 31, 2013

cc:  Richard Villar, pro se