UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard Villar</u>

       v.                              Civil No. 1:12-cv-424-WES

<u>Dr. Julia Buttermore et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Patricia A. Sullivan dated June 27, 2013.

SO ORDERED.

<u>/s/ William E. Smith</u>
William E. Smith
United States Judge
Sitting by Designation

Date: July 31, 2013

cc:  Richard Villar, pro se